IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JONATHAN THOMAS SCHMIDT,

    Plaintiff,

v.                                 CASE NO. 4:09-cv-00514-MP-WCS

G I BELL, MILTON HICKS, P K JOHNSON, R JOHNSON, M SOLANO, GLEEN YOUNG,

    Defendants.

_____/

**O R D E R**

    This matter is before the Court on Doc. 6, Report and Recommendation of the Magistrate

Judge, which recommends that this case be dismissed without prejudice for failure to prosecute.

The Magistrate filed the Report on February 17, 2010.  Plaintiff has filed no objection, and the

time to do so has passed.  Upon consideration, the Court agrees with the Magistrate that the case

should be dismissed.  Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    The Report and Recommendation of the Magistrate Judge (Doc. 6) is ADOPTED and
incorporated herein, and this case is DISMISSED without prejudice.

    **DONE AND ORDERED** this _23rd_ day of March, 2010

                  *s/Maurice M. Paul*
               Maurice M. Paul, Senior District Judge